THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE DEXTER SULPHITE PULP AND PAPER COMPANY, Appellant, *v.* JAMES HUGHES et al., Constituting the Board of Assessors of the Town of Osceola, Respondents.

(Submitted October 3, 1927; decided October 11, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 246 N. Y. 35.)

---

EDNA G. HOLBROOK, Respondent, *v.* JOHN W. SHEPARD, as Executor of RICHARD H. GREENE, Deceased, et al., Defendants, and ANNA S. GREENE et al., Appellants.

(Submitted October 3, 1927; decided October 11, 1927.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 245 N. Y. 618.)

---

FREDERICK S. DICKINSON et al., Appellants, *v.* JOHN SPRINGER et al., Copartners under the Firm Name of STEELMAN & BIRKINS et al., Respondents, Impleaded with Others.

(Submitted October 3, 1927; decided October 11, 1927.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 246 N. Y. 203.)